| | |
|---|---|
| 1 | Harry P. "Hap" Weitzel (SBN 149934) |
| 2 | E-mail: weitzelh@pepperlaw.com |
|   | Jeffrey M. Goldman (SBN 233840) |
| 3 | E-mail: goldmanj@pepperlaw.com |
|   | **PEPPER HAMILTON LLP** |
| 4 | 4 Park Plaza, Suite 1200 |
|   | Irvine, California 92614 |
| 5 | Telephone: 949.567.3500 |
|   | Fax: 949.863.0151 |
| 6 | |
| 7 | Attorneys for Defendant Health Robotics, S.r.l. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| McKESSON CORPORATION and McKESSON AUTOMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH ROBOTICS, S.R.L., <br><br> Defendant. | Case No. CV 11-00728-JCS <br><br> Honorable: Magistrate Judge Joseph C. Spero <br><br> [~~PROPOSED~~[ ORDER GRANTING STIPULATION RE: CONTINUANCE OF HEARING DATE FOR DEFENDANT HEALTH ROBOTICS, S.R.L.'S MOTION TO (1) DISMISS PLAINTIFFS MCKESSON CORPORATION AND MCKESSON AUTOMATION, INC.'S COMPLAINT; OR, IN THE ALTERNATIVE(2) STAY PENDING ARBITRATION; AND INITIAL CASE MANAGEMENT CONFERENCE UNTIL JULY 29, 2011 <br><br> Original Hearing Date: June 10, 2011 <br> Time: 9:30 a.m. <br><br> Continued Hearing Date: July 22, 2011 <br> Time: 9:30 a.m. <br><br> Proposed Continued Hearing Date: July 29, 2011 <br> Time: 9:30 a.m. <br><br> Courtroom: A – 15th Floor |

#14447463 v1

[PROPOSED] ORDER RE: STIPULATION RE: CONTINUANCE OF HEARING DATE – CV 11-00728-JCS

The Court has received and considered the Stipulation re: Continuance of Hearing Date for Defendant Health Robotics, S.r.l's Motion to (1) Dismiss Plaintiffs McKesson Corporation and McKesson Automation, Inc.'s Complaint; or, in the Alternative; (2) Stay Pending Arbitration; and Initial Case Management Conference to July 29, 2011, by and between Plaintiffs McKesson Corporation and McKesson Automation, Inc. and Defendant Health Robotics, S.r.l. Based upon such Stipulation,

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing date and time for the Motion and Initial Case Management Conference shall be July 29, 2011 at 9:30 a.m., before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated : __June 23_____, 2011          _____
                                            Magistrate _____ Spero
                                            United States _____ the
                                            Northern D_____

[PROPOSED] ORDER RE: STIPULATION RE: CONTINUANCE OF HEARING DATE – CV 11-00728-JCS