1  Harry P. "Hap" Weitzel (SBN 149934)
   E-mail: weitzelh@pepperlaw.com
2  Jeffrey M. Goldman (SBN 233840)
   E-mail: goldmanj@pepperlaw.com
3  **PEPPER HAMILTON LLP**
4  4 Park Plaza, Suite 1200
   Irvine, California  92614
5  Telephone:  949.567.3500
   Fax:  949.863.0151
6

7  Attorneys for Defendant Health Robotics, S.r.l.

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| McKESSON CORPORATION and McKESSON AUTOMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH ROBOTICS, S.R.L., <br><br> Defendant. | Case No. CV 11-00728-JCS <br><br> Honorable:  Magistrate Judge Joseph C. Spero <br><br> **[PROPOSED] ORDER GRANTING STIPULATION RE: CONTINUANCE OF HEARING DATE FOR MOTION TO SET ASIDE JUDGMENT UNTIL JANUARY 6, 2012** <br><br> Original Hearing Date:  October 14, 2011 <br> Time:  9:30 a.m. <br><br> Continued Hearing Date: December 16, 2011 <br> Time: 9:30 a.m. <br><br> Proposed Continued Hearing Date: January 6, 2012 <br> Time: 9:30 a.m. <br><br> Courtroom: G – 15th Floor |

[PROPOSED] ORDER GRANTING STIPULATION RE: CONTINUANCE OF HEARING DATE
CV 11-00728-JCS

1   The Court has received and considered the Stipulation re: Continuance of Hearing Date
2   for Motion to Set Aside Judgment to January 6, 2012, by and between Plaintiffs McKesson
3   Corporation and McKesson Automation, Inc. and Defendant Health Robotics, S.r.l.  Based upon
4   such Stipulation,

5   PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  The hearing date and time for
6   the Motion to Set Aside Judgment shall be January 6, 2012 at 9:30 a.m., before Magistrate Judge
7   Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated :   __December 7__, 2011     _____
                                    Magistrate Judge Joseph C. Spero
                                    United States District Court for the
                                    Northern District of California

[PROPOSED] ORDER GRANTING STIPULATION RE: CONTINUANCE OF HEARING DATE
CV 11-00728-JCS