Harry P. "Hap" Weitzel (SBN 149934)
E-mail: weitzelh@pepperlaw.com
Jeffrey M. Goldman (SBN 233840)
E-mail: goldmanj@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California  92614
Telephone:  949.567.3500
Fax:  949.863.0151

Attorneys for Defendant Health Robotics, S.r.l.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| McKESSON CORPORATION and McKESSON AUTOMATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH ROBOTICS, S.R.L.,<br><br>Defendant. | Case No. CV 11-00728-JCS<br><br>Honorable:  Magistrate Judge Joseph C. Spero<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: CONTINUANCE OF HEARING DATE FOR MOTION TO SET ASIDE JUDGMENT UNTIL JANUARY 6, 2012**<br><br>Original Hearing Date:  October 14, 2011<br>Time:  9:30 a.m.<br><br>Continued Hearing Date: December 16, 2011<br>Time: 9:30 a.m.<br><br>Proposed Continued Hearing Date: January 6, 2012<br>Time: 9:30 a.m.<br><br>Courtroom: G – 15th Floor |

[PROPOSED] ORDER GRANTING STIPULATION RE: CONTINUANCE OF HEARING DATE
CV 11-00728-JCS

1  The Court has received and considered the Stipulation re: Continuance of Hearing Date for Motion to Set Aside Judgment to January 6, 2012, by and between Plaintiffs McKesson Corporation and McKesson Automation, Inc. and Defendant Health Robotics, S.r.l. Based upon such Stipulation,

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. The hearing date and time for the Motion to Set Aside Judgment shall be January 6, 2012 at 9:30 a.m., before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated : __December 7__, 2011

_____
Magistrate Judge Joseph C. Spero
United States District Court for the
Northern District of California