JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
RYAN G. HASSANEIN (CA SBN 221146)
RHassanein@mofo.com
AARON D. JONES (CA SBN 248246)
AJones@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
McKESSON CORPORATION and
McKESSON AUTOMATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| McKESSON CORPORATION and McKESSON AUTOMATION INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH ROBOTICS, S.R.L.,<br><br>Defendant. | Case No. 3:11-cv-0728-JCS<br><br>**[PROPOSED] ORDER GRANTING MCKESSON'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE TO THE COURT'S FEBRUARY 2, 2012 ORDER** |

1    Before the Court is the unopposed administrative motion of plaintiffs McKesson
2    Corporation and McKesson Automation Inc. (jointly, "McKesson") to file under seal portions of
3    their response to the Court's February 2, 2012, order to show cause pursuant to Civil Local Rule
4    79-5(a) and (c).
5    Based on the arguments in the moving papers and the supporting declaration, and after
6    considering all other relevant matters, the Court hereby GRANTS the motion. The following
7    portions of McKesson's response to the Court's February 2, 2012 Order shall be redacted from
8    public view: page 3, lines 12-23; page 4, line 28; page 5, lines 1-5.

10    IT IS SO ORDERED.

12    Dated: __February 27_____, 2012

14    By: _____
15        Hon. Magistrate Judge Joseph C. Spero