1 | JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
2 | RYAN G. HASSANEIN (CA SBN 221146)
RHassanein@mofo.com
3 | AARON D. JONES (CA SBN 248246)
AJones@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California 94105-2482
Telephone: 415.268.7000
6 | Facsimile: 415.268.7522

7 | Attorneys for Plaintiffs
McKESSON CORPORATION and
8 | McKESSON AUTOMATION, INC.

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | McKESSON CORPORATION and | Case No. CV 11-00728-JCS
McKESSON AUTOMATION, INC.,
14 | | Honorable Magistrate Judge Joseph C. Spero
Plaintiffs,
15 |
v. | **STIPULATION AND [PROPOSED] ORDER
16 | | CONTINUING THE RESPONSE DATES
HEALTH ROBOTICS, S.R.L., | FOR PLAINTIFFS' OPPOSITION TO AND
17 | | DEFENDANT'S REPLY IN SUPPORT OF
Defendant. | ITS MOTION TO DISMISS FIRST
18 | | AMENDED COMPLAINT**

19 | Hearing Date: April 27, 2012

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING RESPONSE DATES FOR DEFT.'S MTD
CV 11-00728-JCS
sf-3113054

1  WHEREAS, on February 17, 2012, Defendant Health Robotics, S.R.L. ("Defendant") filed its Motion to Dismiss Plaintiffs McKesson Corporation and McKesson Automation, Inc.'s ("McKesson") First Amended Complaint Or, in the Alternative, to Stay Pending Arbitration ("Motion"), and noticed the hearing for March 30, 2012;

WHEREAS, pursuant to Civil Local Rule 7-3, McKesson's opposition brief is currently due on March 2, 2012, and Defendant's reply brief is currently due on March 9, 2012;

WHEREAS, on February 28, 2012, the Court rescheduled the hearing on the Motion to April 27, 2012;

WHEREAS, in light of the new hearing date and to accommodate the scheduling needs of McKesson's counsel, the parties have agreed, subject to the Court's approval, to a short one-week continuance of the response dates for their respective opposition and reply briefs;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their counsel of record, that McKesson's opposition brief shall be due on **March 9, 2012**, and Defendant's reply brief in support of its Motion shall be due on **March 23, 2012**.

IT IS SO STIPULATED.

Dated:  February 28, 2012

JAMES P. BENNETT
RYAN G. HASSANEIN
AARON D. JONES
MORRISON & FOERSTER LLP

By:  /s/ Ryan G. Hassanein
        Ryan G. Hassanein

Attorneys for Plaintiff
McKESSON CORPORATION AND
McKESSON AUTOMATION, INC.

1  
2  Dated: February 28, 2012

          HARRY PAUL WEITZEL  
          JEFFREY MICHAEL GOLDMAN  
          PEPPER HAMILTON LLP

3  
4            By: /s/ Jeffrey M. Goldman

5  
6            Attorneys for Defendant  
          HEALTH ROBOTICS, S.R.L.

7  
8  
9  
10     PURSUANT TO STIPULATION AMONG THE PARTIES, IT IS SO ORDERED.

11  
12 Dated: February 29, 2012

          Hon. _____ Spero  
          *[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

**ATTORNEY ATTESTATION**

I, Ryan G. Hassanein, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to File Plaintiffs' First Amended Complaint Under Seal. In compliance with General Order 45, I hereby attest that Jeffrey M. Goldman has concurred in this filing.

By: /s/ Ryan G. Hassanein
     Ryan G. Hassanein

Attorneys for Plaintiff
McKESSON CORPORATION AND
McKESSON AUTOMATION, INC.