1  JAMES P. BENNETT (CA SBN 65179)
   JBennett@mofo.com
2  RYAN G. HASSANEIN (CA SBN 221146)
   RHassanein@mofo.com
3  AARON D. JONES (CA SBN 248246)
   AJones@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Plaintiffs
   McKESSON CORPORATION and
8  McKESSON AUTOMATION, INC.

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  McKESSON CORPORATION and          Case No. CV 11-00728-JCS
    McKESSON AUTOMATION, INC.,
14                                     Honorable Magistrate Judge Joseph C. Spero
                      Plaintiffs,
15                                     **STIPULATION AND [PROPOSED] ORDER**
          v.                           **CONTINUING THE RESPONSE DATES**
16                                     **FOR PLAINTIFFS' OPPOSITION TO AND**
                                       **DEFENDANT'S REPLY IN SUPPORT OF**
17  HEALTH ROBOTICS, S.R.L.,           **ITS MOTION TO DISMISS FIRST**
                                       **AMENDED COMPLAINT**
                      Defendant.
18

19                                     Hearing Date:  April 27, 2012

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING RESPONSE DATES FOR DEFT.'S MTD
CV 11-00728-JCS
sf-3113054

1  WHEREAS, on February 17, 2012, Defendant Health Robotics, S.R.L. ("Defendant")

2  filed its Motion to Dismiss Plaintiffs McKesson Corporation and McKesson Automation, Inc.'s

3  ("McKesson") First Amended Complaint Or, in the Alternative, to Stay Pending Arbitration

4  ("Motion"), and noticed the hearing for March 30, 2012;

5  WHEREAS, pursuant to Civil Local Rule 7-3, McKesson's opposition brief is currently

6  due on March 2, 2012, and Defendant's reply brief is currently due on March 9, 2012;

7  WHEREAS, on February 28, 2012, the Court rescheduled the hearing on the Motion to

8  April 27, 2012;

9  WHEREAS, in light of the new hearing date and to accommodate the scheduling needs of

10  McKesson's counsel, the parties have agreed, subject to the Court's approval, to a short one-week

11  continuance of the response dates for their respective opposition and reply briefs;

12  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through

13  their counsel of record, that McKesson's opposition brief shall be due on **March 9, 2012**, and

14  Defendant's reply brief in support of its Motion shall be due on **March 23, 2012**.

15  IT IS SO STIPULATED.

16

17

18

19

20

21  Dated:  February 28, 2012

JAMES P. BENNETT
RYAN G. HASSANEIN
AARON D. JONES
MORRISON & FOERSTER LLP

By:   /s/ Ryan G. Hassanein
Ryan G. Hassanein

Attorneys for Plaintiff
McKESSON CORPORATION AND
McKESSON AUTOMATION, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  February 28, 2012

HARRY PAUL WEITZEL
JEFFREY MICHAEL GOLDMAN
PEPPER HAMILTON LLP


By:   /s/ Jeffrey M. Goldman


Attorneys for Defendant
HEALTH ROBOTICS, S.R.L.


PURSUANT TO STIPULATION AMONG THE PARTIES, IT IS SO ORDERED.

Dated: February 29, 2012

Hon.                              Spero

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTORNEY ATTESTATION**

I, Ryan G. Hassanein, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to File Plaintiffs' First Amended Complaint Under Seal.  In compliance with General Order 45, I hereby attest that Jeffrey M. Goldman has concurred in this filing.

By:   /s/ Ryan G. Hassanein

Ryan G. Hassanein

Attorneys for Plaintiff
McKESSON CORPORATION AND
McKESSON AUTOMATION, INC.

STIPULATION AND [PROPOSED] ORDER CONTINUING RESPONSE DATES FOR DEFT.'S MTD
CV 11-00728-JCS
sf-3113054

3